■ CLARA LENIOK v. WILLIAM LENIOK et al.— Motion to dismiss appeal granted.

■ HARRY A. SHARPE v. EMPIRE STATE MUTUAL SALES, INC., et al.— Motion for enlargement of time granted insofar as to extend the plaintiff-appellant's time to serve and file the record on appeal and appellant's points

to and including October 11, 1961, with notice of argument for the November 1961 Term of this court, said appeal to be argued or submitted when reached.